UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN FOSTER BEY,

    Petitioner,

v.                                       Case No. 3:19cv1661-LC/MJF

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 13, 2019. (Doc. 4). Petitioner was provided a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1), challenging the judgment

of conviction and sentence in *State of Florida v. Kevin Foster Bey*, Escambia County Circuit Court Case No. 2013-CF-3703, is DISMISSED for lack of jurisdiction.

3. A certificate of appealability is DENIED.

4. The clerk is directed to close this case file.

**ORDERED** on this 15th day of July, 2019.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**